No. 77–467. CHAPMAN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 77–476. TOWN OF NORWOOD, MASSACHUSETTS, ET AL. *v.* BOSTON EDISON CO. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–479. ALBANO *v.* JORDAN MARSH Co. Ct. App. Mass. Certiorari denied.

No. 77–485. KEISTER ET AL. *v.* SAN DIEGO & ARIZONA EASTERN RAILROAD. C. A. 9th Cir. Certiorari denied.

No. 77–491. MYERS *v.* BUTLER ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–514. McDONALD *v.* HEADRICK, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–517. DOLWIG *v.* UNITED STATES;
No. 77–518. VOGT *v.* UNITED STATES; and
No. 77–541. STRADLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 554 F. 2d 958.

No. 77–537. LARRY L. *v.* VERONICA P. Ct. App. N. Y. Certiorari denied.

No. 77–546. SILVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–549. AGEE *v.* UNITED STATES; and
No. 77–550. RENFRO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.